UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWUILLE ROBINSON,<br><br>                          Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                         Defendants. | 23-CV-2458 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2023
              New York, New York

                                                           /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                            Chief United States District Judge